Núms. 9781, 9782 y 9783.—Pueblo, apldo. v. Collado, aplte.— C. D. San Juan. Hurto de uso, Infracción Ley núm. 75 de 1916 (pág. 144) e Infracción Ley núm. 140 de 1940 (pág. 783), respectivamente.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

Por cuanto, estos tres casos fueron vistos conjuntamente en la corte inferior y en la misma forma han sido sometidos con un solo alegato, en apelación ante esta Corte Suprema;

Por cuanto, el único error imputado a la corte inferior es al efecto de que ninguna de las sentencias está sostenida por la prueba;

Por cuanto, hemos leído la transcripción de la evidencia y de ella aparece que la prueba presentada fué contradictoria en cuanto a si el acusado era la persona que conducía la guagua que había sido hurtada y la cual manejó, sin tener licencia para ello, en forma tan negligente que con ella lesionó gravemente a Agustín Marrero;

Por cuanto, la corte inferior dirimió el conflicto que hay en dicha prueba en contra del acusado, y no habiéndose alegado ni probado que al así hacerlo actuara movida por pasión, prejuicio o parcialidad, procede,

Por tanto, desestimar, como se desestiman los recursos y en su consecuencia se confirman las sentencias apeladas.

Núm. 9818.—Pueblo, apldo. v. De Jesús, aplte.—C. D. San Juan. Exposiciones deshonestas. Enero 20, 1943.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Por cuanto, el acusado apelante fué convicto del delito de exposiciones deshonestas, tal como lo define el artículo 283, apartado 1º. del Código Penal, y sentenciado a dos meses de cárcel y al pago de las costas.

Por cuanto, el único señalamiento de error se basa en que a juicio del apelante ''la sentencia no estuvo sostenida por la prueba y es contraria a derecho.''

Por cuanto, examinada la prueba ofrecida por el Ministerio Público y admitida por la Corte ella es a nuestro juicio suficiente para sostener la acusación y justificar la sentencia recurrida.

Por tanto, se declara sin lugar el recurso y se confirma la sentencia recurrida dictada por la Corte de Distrito de San Juan el día 4 de noviembre de 1942.